UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| ABE AUSTIN, ET AL, | § | |
| | § | |
| PLAINTIFFS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 7:15-cv-151 |
| | § | |
| PORTABLE MUD SYSTEMS, INC., | § | |
| AND BRANDON R. | § | |
| WESTENBURG, INDIVIDUALLY, | § | |
| | § | JURY DEMANDED |
| DEFENDANTS | § | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COME Plaintiffs Abe Austin, Rufus Brooks, Kelly Brown, Erick Dominguez, Luis Dominguez, Manuel Dominguez, Fabion Garcia, Milo Garcia, Daniel Martinez, Jose Morales, Harold Powers, Alfredo Romayor, Charles Settle and Justin Smiley, and hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff Abe Austin, Tarrant County, Texas.

2. Plaintiff Rufus Brooks, Bexar County, Texas.

3. Plaintiff Kelly Brown, Jones County, Texas.

4. Plaintiff Erick Dominguez, El Paso County, Texas.

5. Plaintiff Luis Dominguez, El Paso County, Texas

6. Plaintiff Manuel Dominguez, El Paso County, Texas.

7. Plaintiff Fabion Garcia, a resident of Roswell, New Mexico.

8. Plaintiff Milo Garcia, Roswell, New Mexico.

9. Plaintiff Daniel Martinez, Las Cruces, New Mexico.

10. Plaintiff Jose Morales, Tarrant County, Texas.

11. Plaintiff Harold Powers, Roswell, New Mexico.

12. Plaintiff Alfredo Romayor, Bexar County, Texas.

13. Plaintiff Charles Settle, Natchitoches, Louisiana.

14. Plaintiff Justin Smiley, Roswell, New Mexico.

15. Dunham & Jones, PC
    Attorneys at Law
    1800 Guadalupe Street
    Austin, Texas 78701
    Plaintiff's Counsel

    Respectfully submitted,

     /s/ Douglas B. Welmaker
    Douglas B. Welmaker
    Attorney-in-Charge
    State Bar No. 00788641
    DUNHAM & JONES, P.C.
    1800 Guadalupe Street
    Austin, Texas 78701
    Tel: (512) 777-7777
    Fax: (512) 340-4051
    E-Mail: doug@dunhamlaw.com

    ATTORNEYS FOR PLAINTIFFS